UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMON JONES, *on behalf of himself and all others similarly situated*,

                    Plaintiffs,                  **24-CV-3774-DEH-VF**

          -against-                        **ORDER**

COFFEE-SERV, INC.

                    Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

Defendant was served with Plaintiff's complaint on June 10, 2024. ECF No. 6. Defendant's answer was due on July 8, 2024. Defendant has not answered or otherwise moved to dismiss. Defendant is directed to answer the complaint, or otherwise move to dismiss, by **Monday, September 30, 2024**.

SO ORDERED.

DATED:    New York, New York
             September 20, 2024

                                                           _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge