UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMON JONES, *on behalf of himself and all others similarly situated*,

                          Plaintiff,

          -against-

COFFEE-SERV, INC.

                         Defendant.
-----------------------------------------------------------------X

**24-CV-3774-DEH-VF**

**ORDER DIRECTING STATUS UPDATE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint update as to the status of discovery on or before **Friday, January 17, 2025**.

      **SO ORDERED.**

DATED:  New York, New York
              January 3, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge