**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAMON JONES, *on behalf of himself and all others similarly situated*,

                      Plaintiff,          **24-CV-3774 (DEH) (VF)**

        -against-                  **ORDER DIRECTING STATUS UPDATE**

COFFEE-SERV, INC.

                      Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties were directed to submit a status update by March 7, 2025 (see ECF No. 18) but failed to do so. The parties are again directed to file a joint update as to the status of discovery on or before **Friday, March 14, 2025**.

      **SO ORDERED.**

DATED: New York, New York
       March 11, 2025                                        VALERIE FIGUEREDO
                                                         United States Magistrate Judge